# United States Court of Appeals
# for the Federal Circuit

————————————

April 30, 2019

**ERRATA**

————————————

Appeal No. 2018-1895

**IN RE:  PAUL MORINVILLE**
*Appellant*

Decided:  April 29, 2019
Nonprecedential Opinion

————————————

Please make the following correction:

Page 9, line 29, change "PTOF" to --PTO--.